**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION             MDL NO. 1431
                                          (MJD/SRN)
This Document Relates to:

                                          **ORDER**

*Chester Hennington, et al., v. Bayer Corp., et al.*    Case No. 03-2936
    *(Plaintiff Paul Hudson only)*

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 11, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1.    Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Paul Hudson [Doc. No. 66] is GRANTED; and

    2.    Plaintiff Paul Hudson's action is DISMISSED WITH PREJUDICE.

DATED: May 11, 2007

                                            s / Michael J. Davis
                                            Judge Michael J. Davis
                                            United States District Court Judge