## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION*          MDL NO. 1431
                                            (MJD/SRN)

This Document Relates to:

                                            **ORDER**

*Chester Hennington, et al., v. Bayer Corp., et al.*          Case No. 03-2936
     *(Plaintiff Andrew Estridge only)*

_____

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 9, 2007.

No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files,

records and proceedings herein,

IT IS HEREBY ORDERED that:

1.      Defendant Bayer Corporation's Motion for Discovery Sanctions against

Plaintiff Andrew Estridge [Doc. No. 69] is GRANTED; and

2.      Plaintiff Andrew Estridge's action is DISMISSED WITH PREJUDICE.


DATED: June 12, 2007.

                                   s / Michael J. Davis_____
                                   Judge Michael J. Davis
                                   United States District Court Judge